# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-13-00352-CV
_____

### KATHERINE M. MILLIKEN, Appellant

### V.

### THE NEW KING'S COLONY PROPERTY OWNERS ASSOCIATION, INC., Appellee

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 13-26992 CV**

### MEMORANDUM OPINION

The trial court signed the judgment on April 25, 2013.  Appellant filed notice of appeal on July 25, 2013, more than thirty days from the date of judgment and outside the time for which we may grant an extension of time to perfect a regular appeal.  *See* Tex. R. App. P. 26.1; Tex. R. App. P. 26.3.  On August 22, 2013, we notified the parties that the appeal would be dismissed unless the appellant showed that she either timely filed one of the documents described by

1

Texas Rule of Appellate Procedure 26.1(a), or that she attempted to invoke this Court's appellate jurisdiction within the time permitted by Texas Rule of Appellate Procedure 26.3. No response has been filed. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3.

      APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered September 26, 2013
Before McKeithen, C.J., Gaultney and Kreger, JJ.